UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLEN RESOURCES, INC. :
:
v. : C.A. No. 05-191ML
:
GORDON ROBERTS :

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
May 4, 2005

BY ORDER:

Deputy Clerk

SCANNED