UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLEN RESOURCES, INC. | : | |
| | : | |
| vs. | : | C.A. NO. 05-191-ML |
| | : | |
| GORDON ROBERTS | : | |

## ANSWER TO COUNTERCLAIM

Plaintiff, Allen Resources, Inc. ("ARI"), hereby answers defendant Gordon Roberts' ("Roberts") Counterclaim as follows.

### Parties

1. Admitted.

2. Admitted.

### Subject-Matter Jurisdiction

3. Paragraph 3 is a legal conclusion. To the extent that a response is required, denied.

### Factual Background

4. Admitted that Roberts agreed to provide original materials to be included in the ARI Study System. Admitted further that ARI agreed to pay Roberts for original materials. To the extent that anything contained in paragraph 4 of the Counterclaim is inconsistent with the foregoing, denied.

5. Denied that Roberts provided original study materials to ARI as agreed. Denied that ARI failed and refused to pay for any such materials. To the extent that anything in paragraph 5 of the Counterclaim is inconsistent with the foregoing, denied.

**COUNT I**
**(Breach of Contract)**

6. ARI incorporates by reference its answers to paragraphs 1-5 above.

7. Denied.

**COUNT II**
**(Quantum Meruit)**

8. ARI incorporates by reference its answers to paragraphs 1-7 above.

9. Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Counterclaim fails in whole or in part to state a claim upon which relief can be granted.

### Second Affirmative Defense

Roberts breached the contract, thereby relieving ARI of its obligations under the contract.

### Third Affirmative Defense

Roberts' damages, if any, were caused by his own actions.

### Fourth Affirmative Defense

The Counterclaim is barred by the doctrine of unclean hands.

### Fifth Affirmative Defense

The damages Roberts alleges to have incurred are more than offset by damages incurred by ARI as a direct and proximate result of Roberts' actions as alleged in the Complaint.

WHEREFORE, plaintiff, Allen Resources, Inc., requests that this Court:

A. Enter judgment in favor of ARI and against Roberts on each and every count of the Counterclaim;

B. Award ARI its costs and attorneys' fees pursuant to R.I. Gen. Laws Sec. 9-1-45; and,

C. Grant ARI all of the legal and equitable relief the Court deems necessary and just.

**PLAINTIFF DEMANDS A JURY TRIAL ON ALL COUNTS SO TRIABLE.**

Allen Resources Inc.
By its Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone: (401) 455-0700
Fax: (401) 455-0701

Dated: June 23, 2005

*H:\Clients\Allen Resources\Roberts\Pleadings\USDC\Answer to Counterclaim.doc*

**CERTIFICATION**

TO:

Mark A. Pogue, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

I hereby certify that I caused a true copy of the within *Answer to Counterclaim* to be served via first class mail on the above-named counsel of record on the 23d day of June, 2005.

____________________________