**EXHIBIT A**

**AGREEMENT CONCERNING PROTECTED MATERIAL COVERED BY PROTECTIVE ORDER**

The undersigned hereby acknowledges that (s)he has read the "Protective Order" entered by the United States District Court for the District of Rhode Island, in the above-captioned action on ________________, 2005, understands the terms thereof and agrees:

1. that (s)he shall fully abide by the terms thereof;

2. that (s)he shall not disclose Confidential Information to, or discuss Confidential Information with, any person who is not authorized pursuant to the terms of the Protective Order to receipt and disclosure of the same, and who has not signed an agreement as therein provided;

3. that (s)he shall not use said Confidential Information for any purpose other than the prosecution or defense of this litigation; and

4. that (s)he will be subject to the jurisdiction of the United States District Court for the District of Rhode Island for the purposes of compliance with, and sanction for noncompliance with, the terms of said Protective Order.

The undersigned has reviewed the following Protected Information:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

____________________________________________________________

Signature: ____________________

Name: ______________________

Employer: ___________________

Title: _______________________

Subscribed and sworn to before me in the said County of ______________

______,

State of ____________________, this __________ day of _________________, 2005.

______________________________
Notary Public

My Commission Expires: ________

H:\Clients\Allen Resources\Roberts\Pleadings\Protective Order.doc