UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLEN RESOURCES, INC. | : | |
| | : | |
| vs. | : | C.A. NO. 05-191-ML |
| | : | |
| GORDON ROBERTS | : | |

**CONSENT MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Plaintiff, Allen Resources, Inc. ("ARI"), and Defendant, Gordon Roberts ("Roberts"), move the Court to alter the deadlines contained in the Court's August 2, 2005 Pretrial Order by extending such deadlines by 60 days.

The parties are engaged in fact discovery and are in the process of resolving issues that arose in connection with the production of documents. These issues have delayed the taking of fact depositions and the parties are not in a position to make the expert disclosures by the deadlines set forth in the Pretrial Order. The extension of time requested herein will provide the parties with additional time to conduct fact discovery in advance of expert disclosures.

Accordingly, the parties respectfully request that the Court extend the Pretrial Order deadlines by 60 days as follows:

1. Discovery shall be completed on or before April 3, 2006;

2. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by January 31, 2006;

3. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by March 3, 2006;

4. Dispositive motions shall be filed by May 1, 2006; and

5. Counsel shall present, thirty (30) days after a decision on any dispositive motion, or, if no dispositive motions are filed, by June 2, 2006 a typewritten memorandum containing the information required by the Court as stated in its August 2, 2005 Pretrial Order.

WHEREFORE, the parties respectfully request that the Court alter the deadlines contained in the Pretrial Order to reflect the dates set forth above.

Respectfully submitted,

Allen Resources, Inc.
By its Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone: (401) 455-0700
Fax: (401) 455-0701

Gordon Roberts,
By his attorneys,

Mark A. Pogue, Esq. (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, R.I. 02903
Telephone: (401) 274-9200
Fax: (401) 276-6611

Dated: November 30, 2005

*H:\Clients\Allen Resources\Roberts\Pleadings\USDC\Motion to Extend Pretrial Order Deadlines.doc*