UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLEN RESOURCES, INC. | : | |
| | : | |
| VS. | : | C.A. NO. 05-191-ML |
| | : | |
| GORDON ROBERTS | : | |

**DEFENDANT'S ANSWERS TO**
**PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Pursuant to F. R. Civ. P. 33, defendant Gordon Roberts ("Roberts") herewith responds to plaintiff's First Set Of Interrogatories.

**General Objections Applicable To All Interrogatories**

Roberts objects to providing information protected from disclosure by the attorney-client or work-product privilege, and such information has not been provided in the responses below.

**Responses To Interrogatories**

1. Identify all persons who provided information or documents for answers to these interrogatories or responses to Plaintiffs' First Request for Production of Documents.

**RESPONSE:** Gordon Roberts.

2. Identify all documents used in the preparation of answers to these interrogatories.

**RESPONSE:** See the documents produced in response to Plaintiff's First Request For Production of Documents.

3. Identify each person known to you to have any knowledge of any of the facts at issue in this litigation. With respect to all such persons, identify the facts about which you believe the person has knowledge.

RECEIVED
SEP 19 2005

**RESPONSE:** Alicia Ambrose of Allens Resources, Inc.; Kenneth Stanton of the University of Baltimore; and Aron Gottesman of PACE University in New York City have knowledge about the preparation of written study sessions and testing materials for Plaintiff.

Mike Cardin, formerly of Allens, has knowledge about the videotaping and live review sessions performed for Plaintiff.

Larry Allen has knowledge about all of the Plaintiff's activities, including knowledge about the Plaintiff's financial dealings with Roberts.

4. Identify all contracts and/or agreements between Roberts and ARI.

**RESPONSE:** The parties executed one written contract, dated August 29, 2002. This document is included in the materials Roberts is producing in response to Plaintiff's First Request For Production Of Documents. Other arrangements or agreements are reflected in the emails between the parties which are being produced herewith. Pursuant to F. R. Civ. P. 33(c), Roberts refers Plaintiff to those documents for their terms.

5. Identify all steps that Roberts took in performing the work for ARI that is the subject of this litigation (the "Disputed Work").

**RESPONSE:** Objection. This request is vague and ambiguous because Plaintiff has not identified what the "Disputed Work" is, or otherwise identified exactly what materials provided by Roberts were allegedly not original.

6. Identify all instructions Roberts was given by ARI in connection with the Disputed Work.

**RESPONSE:** Objection. This request is vague and ambiguous because Plaintiff has not identified what the "Disputed Work" is, or otherwise identified exactly what materials provided by Roberts were allegedly not original.