**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ALLEN RESOURCES, INC. :
:
VS. : C.A. NO. 05-191-ML
:
GORDON ROBERTS :

**OBJECTION**

Defendant Gordon Roberts hereby objects to plaintiff's "Motion to Compel More Responsive Answers To Plaintiff's First Set Of Interrogatories And To Compel Production Of Additional Documents."

GORDON ROBERTS,

By His Attorneys,

Mark A. Pogue (#3441)
Jillian Folger-Hartwell (#6970)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
401-276-6611 Telecopy

**Certificate of Service**

I hereby certify that on the 23rd day of December, 2005 a copy of the foregoing Objection was served by first class mail, postage prepaid to:

Craig M. Scott, Esq.
Duffy Sweeney & Scott
One Turks Head Place, Suite 1200
Providence, RI 02903