RECEIVED
FEB 03 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLEN RESOURCES, INC. :
Plaintiff, :
v. : C.A. No. 05-191ML
GORDON ROBERTS, :
Defendant. :

**ORDER**

On January 30, 2006, Defendant Gordon Roberts' Motion to Compel More Responsive Answers to Defendant's First Request for Production of Documents (the "Motion") came on for hearing before Magistrate Judge David L. Martin. After hearing thereon and consideration thereof, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. That the Motion is GRANTED. Plaintiff Allen Resources, Inc. shall produce all documents responsive to Defendant's First Request for Production of Documents Nos. 2, 4, 10, 11, 12, and 13, by February 20, 2006.

ENTER:

David L. Martin
David L. Martin
U.S. Magistrate Judge

Dated: 2-13-06

PER ORDER:

Clerk

PRV_784472_1/EDOLAN