RECEIVED
FEB 03 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLEN RESOURCES, INC.<br><br>Plaintiff,<br><br>v.<br><br>GORDON ROBERTS,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-191ML |

**ORDER**

On January 30, 2006, Defendant Gordon Roberts' Motion to Compel More Responsive Answers to Defendant's First Set of Interrogatories (the "Motion") came on for hearing before Magistrate Judge David L. Martin. After hearing thereon and consideration thereof, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. That the Motion is GRANTED. Plaintiff Allen Resources, Inc. shall provide full and complete answers to Defendant's First Set of Interrogatories Nos. 7, 12, and 13 by February 20, 2006.

ENTER:

David L Martin
David L. Martin
U.S. Magistrate Judge

Dated: 2-13-06

PER ORDER:

Clerk