RECEIVED
U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLEN RESOURCES, INC. :
:
v. : C.A. NO. 05-191-ML
:
GORDON ROBERTS

**ORDER**

Plaintiff, Allen Resources, Inc.'s ("ARI"), Motion to Compel More Responsive Answers to Plaintiff's First Set of Interrogatories and More Responsive Documents came on for hearing on January 30, 2006, Magistrate Judge Martin presiding.

After hearing thereon and consideration thereof, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

Plaintiff's motion is GRANTED and defendant, Gordon Roberts shall, on or before February 20, 2006: i) provide full and complete answers to ARI's First Set of Interrogatories, specifically Interrogatories Nos. 5 through 11; and ii) produce all documents responsive to ARI's Requests for Production Nos. 4 through 8, 9 through 12 and 15.

ENTER:

David L. Martin
David L. Martin
U.S. Magistrate Judge

Dated: 2-13-06

PER ORDER:

Martha Saucier
Clerk