UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLEN RESOURCES, INC. | : | |
| | : | |
| VS. | : | C.A. NO. 05-191-ML |
| | : | |
| GORDON ROBERTS | : | |

**DECLARATION OF MARK A. POGUE**

I, Mark A. Pogue, state as follows:

1. I am an attorney representing defendant Gordon Roberts in this case.

2. Prof. Roberts has been traveling in South America and Easter Island since January of this year. From time to time during this period he has been difficult or impossible to reach.

3. I contacted plaintiff's counsel, Kurt Hague, on February 17, 2006 by telephone. I explained to Mr. Hague that Prof. Roberts was still out of the country with limited access to the Internet; that I was having difficulty reaching him; and that it appeared he would be unable to supplement his discovery responses, as ordered by this Court, by February 20, 2006. I therefore asked Mr. Hague if his client, Allen Resources, Inc. ("ARI") , would assent to an extension of time to provide the supplemental discovery responses until such time as I could reach Prof. Roberts. In response, Mr. Hague stated that ARI would consider granting this request only if Prof. Roberts would agree to a specific date to sit for his deposition.

4. Because I was unable to reach Prof. Roberts on February 17, 2006 to review this proposal, ultimately Mr. Hague and I were unable to reach agreement on an extension of time for Prof. Roberts to respond.

5. Over the ensuing weekend, and over the course of the next two weeks, my office was able to reach Prof. Roberts, and he provided information needed to supplement his discovery responses. I was not in touch with Prof. Roberts during the week of February 20, 2006, because I was on a court-excused vacation during that week.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed in Providence, Rhode Island on March 16, 2006.

Mark A. Pogue