RECEIVED

MAR 27 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLEN RESOURCES, INC. :
:
v. : C.A. NO. 05-191-ML
:
GORDON ROBERTS :

**REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS**

Plaintiff, Allen Resources, Inc. ("ARI") submits this Reply Memorandum in Support of Plaintiff's Motion for Sanctions. In support of its Motion, ARI states as follows:

**DISCUSSION**

In his Objection to ARI's Motion for Sanctions, defendant, Gordon Roberts ("Roberts"), offers tales of adventure and worldwide travel to justify his failure to comply with this Court's Order that he provide full and complete answers to ARI's First Set of Interrogatories and all documents responsive to ARI's First Request for Production by February 20, 2006. Roberts then argues that he made "substantial, good faith efforts to comply with this Court's discovery Order," and claims that ARI has now received complete responses to its interrogatories and that ARI "appears to have all of the documents it has requested," but for a single textbook.

At the hearing on ARI's Motion to Compel on January 30,2006, after the Court announced that it was going to grant ARI's Motion, Roberts' counsel stated that Roberts could and would comply with the Court's Order and provide full and complete responses to ARI's discovery requests within twenty (20) days. When, just a few days later, counsel for ARI and Roberts discussed the form of order to be submitted to the Court,