UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLEN RESOURCES, INC.<br>Plaintiff, | : | |
| v. | : | CA 05-191 ML |
| GORDON ROBERTS,<br>Defendant. | : | |

**ORDER**
**DENYING PLAINTIFF'S MOTION FOR SANCTIONS**
**BUT REQUIRING DEFENDANT TO SUPPLEMENT RESPONSES**

Before the Court is Plaintiff's Motion for Sanctions (Document ("Doc.") #23). A hearing was conducted on April 14, 2006. After reviewing the memoranda filed and listening to oral argument, the Court denies the Motion for Sanctions without prejudice.

Plaintiff is directed to advise Defendant in writing of the discovery requests with which it contends Defendant has not fully complied. Where possible, Plaintiff shall briefly state how the response or responses received from Defendant to date are deficient and/or what additional information is sought. Defendant shall have fourteen (14) days from the date his counsel receives this written advisement to fully and completely comply with Plaintiff's outstanding requests for discovery.

If Plaintiff is not satisfied with Defendant's responses, Plaintiff may file a Motion to Compel. At the hearing on such Motion to Compel, Plaintiff may orally renew its Motion for Sanctions based on Defendant's failure to comply with the Order entered on February 13, 2006 (Doc. #22) and also with this Order.

It appears to the Court that Defendant has not attached sufficient importance to complying with his discovery obligations in this matter. As the Court noted at the hearing, Defendant's supplemental response to Interrogatory #5 of Plaintiff's First

Set of Interrogatories does not reflect a conscientious, diligent effort to respond fully to the interrogatory. <u>See</u> Reply Memorandum in Support of Plaintiff's Motion for Sanctions, Attachment 2 (Defendant's Supplemental Answers to Plaintiff's First Set of Interrogatories) at 1-2. If Defendant is unable to fulfil his discovery obligations on a timely basis because he chooses to travel to remote areas of the world for weeks at a time, he must be prepared for the consequences. **Defendant is strongly warned that he must fully and completely comply with his discovery obligations. Failure to do so may result in imposition of sanctions, including an award of attorneys' fees.**

So ordered.

ENTER:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
April 17, 2006

BY ORDER:

Deputy Clerk