FILED

MAY 4 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLEN RESOURCES, INC. | : | |
| | : | |
| vs. | : | C.A. NO. 05-191-ML |
| | : | |
| GORDON ROBERTS | : | |

**CONSENT MOTION**
**TO EXTEND PRETRIAL ORDER DEADLINES**

Plaintiff, Allen Resources, Inc. ("ARI"), and Defendant, Gordon Roberts ("Roberts"), move the Court to alter the deadlines contained in the Court's August 2, 2005 Pretrial Order, as extended by subsequent orders, by extending such deadlines by an additional 45 days.

The parties have agreed to attempt to mediate their dispute and request that the Pretrial Order deadlines be extended by an additional 45 days to permit the parties to pursue mediation. The parties have contacted a United States Magistrate Judge in this regard and will schedule a mediation session as soon as practicable. The extension of time requested herein will provide the parties with additional time to attempt to resolve this matter.

Granted. Mary M. Lisi USDJ 5/8/06

Accordingly, the parties respectfully request that the Court extend the Pretrial Order deadlines by an additional 45 days as follows:

1. Discovery shall be completed on or before August 17, 2006;

2. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by June 19, 2006;

3. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by July 17, 2006;

4. Dispositive motions shall be filed by September 14, 2006; and

5. Counsel shall present, thirty (30) days after a decision on any dispositive motion, or, if no dispositive motions are filed, by October 16, 2006, a typewritten memorandum containing the information required by the Court as stated in its August 2, 2005 Pretrial Order.

WHEREFORE, the parties respectfully request that the Court alter the deadlines contained in the Pretrial Order to reflect the dates set forth above.

Respectfully submitted,

Allen Resources, Inc.
By its Attorneys,

[signature]

Craig M. Scott, Esq. (#4237)
Kurt W. Hague, Esq. (#7297)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone: (401) 455-0700
Fax: (401) 455-0701

Gordon Roberts,
By his attorneys,

Mark A. Pogue /KWH by permission

Mark A. Pogue, Esq. (#3441)
Jillian Folger-Hartwell (#6970)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, R.I. 02903
Telephone: (401) 274-9200
Fax: (401) 276-6611

Dated: May 4, 2006

*H:\Clients\Allen Resources\Roberts\Pleadings\USDC 05-191\Consent Motion to Extend Pretrial Order Deadlines 5.3.06.doc*