UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLEN RESOURCES, INC. | : | |
| | : | |
| vs. | : | C.A. NO. 05-191-ML |
| | : | |
| GORDON ROBERTS | : | |

**CONSENT MOTION**
**TO EXTEND PRETRIAL ORDER DEADLINES**

Plaintiff, Allen Resources, Inc. ("ARI"), and Defendant, Gordon Roberts ("Roberts"), move the Court to alter the deadlines contained in the Court's August 2, 2005 Pretrial Order, as extended by subsequent orders, by extending such deadlines by an additional 45 days.

The parties have agreed to attempt to mediate their dispute and request that the Pretrial Order deadlines be extended to permit the parties to pursue mediation. The parties moved for a 45-day extension of the Pretrial Order deadlines on May 4, 2006 after contacting a United States Magistrate Judge to schedule a mediation session. Due to the prior commitments of counsel and the Magistrate Judge's calendar, the earliest that the mediation could be scheduled was June 14, 2006.

The current Pretrial Order deadlines were proposed before the mediation session was scheduled and it is now apparent that additional time to complete discovery will be required if the matter is not resolved in mediation. For example, Plaintiff's expert disclosures are due only five days after the mediation session. The parties have been focusing their efforts on preparing for the mediation session and request that the Pretrial Order deadlines be extended by an additional 45 days so that they may continue their efforts to resolve this matter, with sufficient time to complete discovery if those efforts are not successful.

Accordingly, the parties respectfully request that the Court extend the Pretrial Order deadlines by an additional 45 days as follows:

1. Discovery shall be completed on or before October 2, 2006;

2. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by August 3, 2006;

3. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by August 31, 2006;

4. Dispositive motions shall be filed by October 30, 2006; and

5. Counsel shall present, thirty (30) days after a decision on any dispositive motion, or, if no dispositive motions are filed, by November 30, 2006, a typewritten memorandum containing the information required by the Court as stated in its August 2, 2005 Pretrial Order.

WHEREFORE, the parties respectfully request that the Court alter the deadlines contained in the Pretrial Order to reflect the dates set forth above.

Respectfully submitted,

Allen Resources, Inc.
By its Attorneys,

Craig M. Scott, Esq. (#4237)
Kurt W. Hagne, Esq. (#7297)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone: (401) 455-0700
Fax: (401) 455-0701

Dated: June 12, 2006

Gordon Roberts,
By his attorneys,

Mark A. Pogue /KWH by permission

Mark A. Pogue, Esq. (#3441)
Jillian Folger-Hartwell (#6970)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, R.I. 02903
Telephone: (401) 274-9200
Fax: (401) 276-6611

*H:\Clients\Allen Resources\Roberts\Pleadings\USDC 05-191\Consent Motion to Extend Pretrial Order Deadlines 6.8.06.doc*