RECEIVED

JUL 14 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLEN RESOURCES, INC. :
:
VS. : C.A. NO. 05-191-ML
:
GORDON ROBERTS :

## DISMISSAL STIPULATION

The parties hereby stipulate and agree that this action shall be dismissed with prejudice.

No costs.

7-14-06
Date

Mark A. Pogue
Mark A. Pogue (#3441)
Jillian Folger-Hartwell (#6970)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
401-276-6611 Fax

July 14, 2006
Date

Kurt W. Hague
Craig M. Scott (#4237)
Kurt W. Hague (#7297)
Duffy Sweeney & Scott
One Turks Head Place, Suite 1200
Providence, RI 02903
401-455-0700
401-455-0701 Fax

Enter:
Mary M. Lisi
USDJ 7/17/06